**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Timothy BEAVER, Defendant-Appellant.**

**No. 49246.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 16, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 16, 1985.

Application to Transfer Denied
Nov. 21, 1985.

Ernest L. Keathley, St. Louis, for defendant-appellant.

Theodore Allen Bruce, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant was convicted at a jury trial of stealing over $150.00 and was sentenced to three years' imprisonment. The judgment is affirmed in accordance with Rule 30.25(b).